```
 1  CHARLES J. STEVENS, SBN 106981
       cstevens@gibsondunn.com
 2  GIBSON, DUNN & CRUTCHER LLP
    555 Mission Street, Suite 3000
 3  San Francisco, CA  94105-0921
    Telephone:  415.393.8200
 4  Facsimile:   415.393.8306

 5  Attorneys for Defendant
    WALGREEN CO.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| COUNTY OF ALAMEDA; CITY OF COSTA MESA; CITY OF ANAHEIM; CITY OF SANTA ANA; CITY OF SAN CLEMENTE; CITY OF ENCINITAS; CITY OF LA HABRA; CITY OF LA MESA; CITY OF OXNARD; CITY OF PLACENTIA; THE PEOPLE OF THE STATE OF CALIFORNIA, by and through Alameda County Counsel Donna Ziegler, Costa Mesa City Attorney Kimberly Hall Barlow, and Anaheim City Attorney Robert Fabela, Santa Ana City Attorney Sonia R. Carvalho, San Clemente City Attorney Scott C. Smith, Encinitas City Attorney Leslie Devaney, La Habra City Attorney Richard D. Jones, La Mesa City Attorney Glenn Sabine, Oxnard City attorney Stephen Fischer, Placentia City Attorney Christian Bettenhausen,<br><br>*Plaintiffs*,<br><br>v.<br><br>RICHARD S. SACKLER, an individual and as trustee for TRUST FOR THE BENEFIT OF MEMBERS OF THE RAYMOND SACKLER FAMILY; JONATHAN D. SACKLER, an individual and as trustee for TRUST FOR THE BENEFIT OF MEMBERS OF THE RAYMOND SACKLER | CASE NO. 8:19-CV-2154<br><br>**NOTICE OF ERRATA RE: CIVIL COVER SHEET**<br><br>(Removal from the Superior Court of California for the County of Orange, Case No. 30-2019-01101802-CU-BT-CXC) |

FAMILY; MORTIMER D.A. SACKLER, an individual; KATHE A. SACKLER, an individual, ILENE SACKLER LEFCOURT, an individual; BEVERLY SACKLER, an individual and as trustee for TRUST FOR THE BENEFIT OF MEMBERS OF THE RAYMOND SACKLER FAMILY; THERESA SACKLER, an individual; DAVID A. SACKLER, an individual; CEPHALON, INC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA PHARMACEUTICALS USA, INC.; JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, INC.; ENDO INTERNATIONAL PLC; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS INC.; PAR PHARMACEUTICAL, INC.; PAR PHARMACEUTICAL COMPANIES, INC.; ALLERGAN FINANCE LLC; WATSON LABORATORIES, INC.; ACTAVIS PHARMA, INC.; ACTAVIS LLC; ALLERGAN PLC; ALLERGAN, INC.; ALLERGAN USA, INC.; MALLINCKRODT, PLC; MALLINCKRODT, LLC; SPECGX LLC; MYLAN INC.; MYLAN PHARMACEUTICALS, INC.; MYLAN INSTITUTIONAL INC.; MYLAN TECHNOLOGIES, INC.; CARDINAL HEALTH, INC.; CARDINAL HEALTH 110, LLC; AMERISOURCEBERGEN CORPORATION; MCKESSON CORPORATION; CVS HEALTH CORPORATION; CVS PHARMACY, INC.; WALGREEN CO.; KAISER FOUNDATION HOSPITALS; THRIFTY PAYLESS INC.; H.D. SMITH WHOLESALE DRUG CO.; and DOES 1-100, inclusive,

*Defendants.*

1    Defendant Walgreen Co. ("Walgreens") respectfully submits this Notice of
2 Errata to correct an error regarding the filing of the Civil Cover Sheet in this action.
3 The Civil Cover Sheet was originally filed inadvertently as an attachment to the Notice
4 of Removal, Dkt. 1-13, rather than as a separate filing, as the Court requires.
5 Walgreens subsequently re-filed the Civil Cover Sheet as a separate filing as Dkt. 2.
6 Walgreens apologizes for this mistake, and respectfully requests that the Court delete
7 Dkt. 1-13 from the docket in this action.

9    Dated:   November 7, 2019

10                               Respectfully submitted,

11                               **GIBSON, DUNN & CRUTCHER LLP**

12                               By:   /s/ *Charles J. Stevens*

13                               Charles J. Stevens (SBN 106981)
                                 cstevens@gibsondunn.com
14                               555 Mission Street, Suite 3000
                                 San Francisco, CA  94105-0921
15                               Telephone:  415.393.8200
                                 Facsimile:   415.393.8306